IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EDITH CARTER                                                                    PLAINTIFF

v.                                        Case No. 1:25-cv-01068

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION                                          DEFENDANT

## ORDER

Before the Court is a Report and Recommendation filed on April 9, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Judge Singleton found that the decision of the Administrative Law Judge ("ALJ") denying benefits to Plaintiff is not supported by substantial evidence and therefore recommends that the Court reverse and remand Plaintiff's case. *Id.* at 6-7. Specifically, Judge Singleton found that the ALJ improperly discounted Plaintiff's subjective complaints because they were not supported by the objective medical records. *Id.*

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 11) *in toto*. Accordingly, judgment is hereby entered in favor of Plaintiff, and the decision of the Commissioner of the Social Security Administration in this matter is **REVERSED**. This matter is hereby **REMANDED** to the Commissioner of the Social Security Administration for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**, this 15th day of May, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge