IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EDITH CARTER PLAINTIFF

v. Case No. 1:25-cv-01068

COMISSIONER, SOCIAL
SECURITY ADMINISTRATION DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation filed on July 23, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 16. Judge Singleton recommends that Plaintiff's Motion for Attorneys' Fees be granted, and that Plaintiff be awarded $6,375.60 in attorneys' fees.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 16) *in toto*. Accordingly, the Court finds that Plaintiff's Motion for Attorneys' Fees (ECF No. 14) is hereby **GRANTED**. The Court awards Plaintiff attorneys' fees and costs totaling **$6,375.60**.

**IT IS SO ORDERED**, this 17th day of August, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge